UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GARY PIETROPAULO, Administrator of the :
Estate of Gary J. Pietropaulo, :
                Plaintiff, : **ORDER**
v. :
                                   : 20 CV 4249 (VB)
United States of America, :
                Defendant. :
--------------------------------------------------------------x

       On June 3, 2020, plaintiff Gary Pietropaulo, as Administrator of the Estate of Gary J. Pietropaulo, commenced the instant action against the United States of America. (Doc. #1).

       On June 4, 2020, the Clerk of Court issued a summons as to the government. (Doc. #4). However, there is no indication on the docket that the government has been served in accordance with Fed. R. Civ. P. 4, and the government has not appeared in this case.

       Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before September 9, 2020, plaintiff either: (i) files to the ECF docket proof of service, indicating the government was served on or before September 1, 2020, in accordance with Rule 4(m); or (ii) shows good cause in writing for his failure to comply with Rule 4(m).

Dated: September 2, 2020
       White Plains, NY

SO ORDERED:

_(signature)_

_____
Vincent L. Briccetti
United States District Judge